THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDIFECS INC., a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TIBCO SOFTWARE INC., a Delaware corporation,<br><br>        Defendant. | CASE NO.:  10-CV-330-RSM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO.: 10-CV-330-RSM
3917209_1.DOC

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1   This matter came before the Court pursuant to defendant TIBCO Software Inc.'s Motion
2   to Dismiss the Complaint of plaintiff Edifecs, Inc.  The Court, having considered the documents
3   filed in support of and in opposition to the motion, the argument of counsel, the pleadings and
4   file in this action, and all other matters properly before the Court, being fully advised in the
5   proceedings, and for good cause appearing:

6   IT IS HEREBY ORDERED that defendant TIBCO Software Inc.'s Motion to Dismiss
7   the Complaint of plaintiff Edifecs Inc. is GRANTED.  Because California law applies, all of
8   Edifecs's allegations that are inconsistent with California law – including "inevitable disclosure"
9   allegations – are dismissed without leave to amend.  The causes of action for breach of implied
10  covenant and injunctive relief are dismissed without leave to amend.

12  Dated this ____ day of _____, 2010.

The Honorable Ricardo S. Martinez
United States District Court Judge

17  Presented By:

s/ Britton F. Davis
Britton F. Davis, WSBA #39523
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:  (206) 883-2699
Email:  bdavis@wsgr.com

– and –

James A. DiBoise, admitted *Pro Hac Vice*
Charles Tait Graves, admitted *Pro Hac Vice*
Jimmy A. Nguyen, admitted *Pro Hac Vice*
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA  94105-1126
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email:  tgraves@wsgr.com

*Attorneys for Defendant*,
TIBCO Software Inc.

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO.: 10-CV-330-RSM
3917209_1.DOC
-2-
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record.

>Aneelah Afzali
>aneelah.afzali@stokeslaw.com,dll@stokeslaw.com
>
>Scott A.W. Johnson
>sawj@stokeslaw.com,klc@stokeslaw.com,wah@stokeslaw.com
>
>Thomas Lerner
>tom.lerner@stokeslaw.com,michiko.chinen@stokeslaw.com

Dated:  March 22, 2010

>s/ Britton F. Davis
>Britton F. Davis

CERTIFICATE OF SERVICE
CASE NO.: 10-CV-330-RSM
3917209_1.DOC

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699