HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDIFECS INC., a Washington corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>TIBCO SOFTWARE INC., a Delaware corporation,<br><br>            Defendant. | Case No.:  10-0330 RSM<br><br>[Proposed]<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS COMPLAINT |

THIS MATTER came on for hearing before the Court on Defendant's Motion to Dismiss Complaint.  Based on the pleadings and files of record, and being fully advised, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss Complaint is DENIED.

DATED this _____ day of _____, 2010.

_____
HONORABLE RICARDO S. MARTINEZ

ORDER DENYING DEFENDANT'S MOTION TO DISMISS COMPLAINT - 10-0330 RSM

47417-005 \ 521902.doc                    -1-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  Presented by:

2  STOKES LAWRENCE, P.S.

3

4  By: s/ Aneelah Afzali
   Thomas A. Lerner (WSBA #26769)
5   Scott A.W. Johnson (WSBA #15543)
   Shelley M. Hall (WSBA # 28586)
6   Aneelah Afzali (WSBA #34552)
   Attorneys for Plaintiff Edifecs Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER DENYING DEFENDANT'S MOTION TO DISMISS COMPLAINT - 10-0330 RSM

47417-005 \ 521902.doc              -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2010, I caused the foregoing *[Proposed] Order Denying Defendant's Motion to Dismiss Complaint* to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aneelah Afzali     aneelah.afzali@stokeslaw.com, dll@stokeslaw.com
Britton F Davis    bdavis@wsgr.com, rcarter@wsgr.com, srobinson@wsgr.com
Charles T. Graves    tgraves@wsgr.com
James A DiBoise    jdiboise@wsgr.com, cjohnston@wsgr.com
Jimmy A. Nguyen    janguyen@wsgr.com
Scott A.W. Johnson    sawj@stokeslaw.com, klc@stokeslaw.com, wah@stokeslaw.com
Thomas Lerner    tom.lerner@stokeslaw.com, michiko.chinen@stokeslaw.com

☐ mailed by first class United States mail, postage prepaid, to the following:

☐ hand delivered to the following:

☐ e-mailed and mailed by first class United States mail, postage prepaid, to the following:

☐ faxed and mailed by first class United States mail, postage prepaid, to the following:

/s/ Aneelah Afzali
Aneelah Afzali
Attorney for Plaintiff
Stokes Lawrence, P.S.
800 Fifth Avenue, Suite 4000
Seattle, WA  98104
(206) 626-6000
Fax:  (206) 464-1496
AA@stokeslaw.com

ORDER DENYING DEFENDANT'S MOTION TO DISMISS COMPLAINT - 10-0330 RSM

47417-005 \ 521902.doc           -3-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000